PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Tyrone Bacon                                              Cr.: 05-691-01

Name of Sentencing Judicial Officer: Dickinson R. Debevoise

Date of Original Sentence: 9/30/05

Original Offense: Illegal Transfer of Firearms

Original Sentence:   5 months custody followed by 3 years supervised release
   <u>Special Conditions:</u> Five months home confinement with electronic monitoring-cost to be paid by the defendant; drug testing and treatment; full financial disclosure; DNA; $100.00 special assessment.

<u>Type of Supervision: Supervised Release</u>                    <u>Date Supervision Commenced: 8/11/06</u>

### PETITIONING THE COURT

[ ]   To extend the term of supervision for          Years, for a total term of          Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside for a period of 5 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

### CAUSE

The offender has been unemployed for eleven months and has failed to pay electronic monitoring fees. The supervising officer is unsure if offender resides at the address given and he has been consistently late in submitting monthly supervision reports

Respectfully submitted,

By: Erika M. Arnone
U.S. Probation Officer
Date: 4/9/08

THE COURT ORDERS:

[X]  The Modification of Conditions as Noted Above
[ ]  The Extension of Supervision as Noted Above
[ ]  No Action
[ ]  Other

Signature of Judicial Officer

April 16, 2008
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## Columbia Division, District of South Carolina

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Defendant is to reside at the community sanctions center for a period of five (5) months. While at the community sanctions center, he is to obtain/maintain verifiable employment and pay at least $50 per month toward the outstanding balance on electronic monitoring fees.

Witness: _____
Lillie A. Canty
U.S. Probation Officer

Signed: _____
Tyrone Bacon
Probationer or Supervised Releasee

March 13, 2008
Date

(Form Revised in WP8.0 by DSC-9/97)